Núm. 7872.—VIDAL, aplte. *v.* SANTONI ET ALS., apldos.—C. D. San Juan. ▇▇▇▇▇▇▇▇▇▇▇▇▇ Noviembre 30, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, con la asistencia de la parte apelada, y apareciendo que el escrito de apelación no fué notificado a los abogados del demandado Colberg, se desestima por falta de jurisdicción, de acuerdo con la doctrina establecida en los casos de *Zaragoza* v. *López,* 16 D.P.R. 829 y *Jusino* v. *Masjuán,* 46 D.P.R. 501, la apelación interpuesta contra la sentencia y resolución que dictó la Corte de Distrito de San Juan en mayo 31 y junio 13, 1938, respectivamente, en el caso arriba indicado.

El Juez Presidente Sr. Del Toro no intervino; así como tampoco el Juez Asociado Sr. Travieso.

## (C) DESISTIMIENTOS

(*a*) CASOS EN QUE SE TUVIERON POR DESISTIDOS A LOS APELANTES, A SU PROPIA INSTANCIA, DE LOS RECURSOS INTERPUESTOS

Núms. 30[1], 110[2], 111[2], 112[2], 315[3], 1153[4], 7280, 7393, 7413, 7528, 7609, 7620, 7669, 7706, 7734, 7735, 7736, 7753, 7759, 7762, 7794, 7796, 7797, 7798, 7800, 7806, 7822, 7824, 7831, 7856, 7880, 7895, 7899.

[1] Recurso de Revisión.
[2] Hábeas Corpus.
[3] *Mandamus.*
[4] *Certiorari.*